# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:16-mj-1764 TGW |
| | ) | |
| Damian Avellaneda-Hernandez | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Damian Avellaneda-Hernandez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry into the United States without permission after deportation in violation of 8 U.S.C. Section 1326(a).

Date: Nov. 23, 2016

Issuing officer's signature

City and state: Tampa, Florida          Thomas G. Wilson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-23-16, and the person was arrested on *(date)* 11-25-16
at *(city and state)*

Date: 11-25-16

Arresting officer's signature

Printed name and title